Matilda Hoffmann, Appellant, v. Lucile C. Bonert, Respondent.— Order modified by imposing as terms the payment by defendant to plaintiff of the costs and disbursements of the action to the date of the entry of the order, and as so modified affirmed, with ten dollars costs and disbursements of the appeal to plaintiff. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Rich, JJ., concurred.

Margaret F. Holmes, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas and Carr, JJ., concurred; Woodward, J., dissented.

In the Matter of the Application of Ada M. Morse, Respondent, to Alter a Highway in the Towns of Monroe and Chester, and the Assessment of Damages Therefor. Town of Chester, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

William Jenne, Respondent, v. Otis Elevator Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Woodward and Rich, JJ., concurred; Thomas and Carr, JJ., voted to reverse on the ground of error in the reception of evidence at folio 250, etc.

John Kascsak, Respondent, v. Central Railroad Company of New Jersey, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, Woodward and Rich, JJ., concurred; Jenks, P. J., and Burr, J., dissented.

The New York Central and Hudson River Railroad Company, Appellant, v. The Federal Sugar Refining Company of Yonkers and Others, Respondents.— Order in so far as appealed from affirmed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.

Ethel Schlafer, Appellant, v. David Stern and Others, Respondents.— [Ord]er affirmed on reargument, with ten dollars costs and disbursements. [m]n. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.,

Sm[...]ff, v. Madison Trust Company, as Substituted [...]Will and Testament of Sarah W. F. Smith, [...]ubmission dismissed, without costs, upon the [...]no real controversy, inasmuch as occupation by [...]unt to payment of rent to her, and the trustee's [...]reserved by actual lease to her. Jenks, P. J., [...]nd Carr, JJ., concurred.

[...], v. John H. Parker Company, Appellant.— [...] Municipal Court affirmed, with costs. No [...]hberg, Woodward and Rich, JJ., concurred;

[...], v. Charles Pauselius, Respondent.— Judg[...]ffirmed, with costs. No opinion. Thomas, [...]., concurred; Jenks, P. J., dissented.

[...]t, v. Clara Mattsen, Appellant, Impleaded